1  Brad E. Smith
2  Ewing Anderson, P.S.
3  221 N. Wall St., Suite 500
   Spokane, WA 99201
4  Telephone: 509-838-4261
5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT YAKIMA

| | |
|---|---|
| MUTUAL OF ENUMCLAW, a Washington domestic insurer, individually and as assignee of Larry and Anita Clark, husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>CORNHUSKER CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | NO. CV-07-3101 FVS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

THIS MATTER having come before the Court on the Joint Motion/Stipulation of the parties, who represent that this matter has been settled and that an Order of Dismissal may be entered, and the Court having reviewed the files and records herein and deeming itself fully advised, it is hereby

ORDER OF DISMISSAL WITH PREJUDICE - 1

ORDERED, ADJUDGED, AND DECREED that Enumclaw's Complaint and Cornhusker's Counterclaim are both dismissed, with prejudice, and without cost to either party.   The District Court Executive is directed to close the file.

DATED this 29th day of January, 2009.

                                             /s/ Fred Van Sickle
                                             Senior United States District Judge

R:\USERS\WP\BES(06)\Mutenu06.401\Dismiss-Order.doc

ORDER OF DISMISSAL WITH PREJUDICE - 2

*Ewing Anderson, P.S.*
**Attorneys and Counselors at Law**
221 North Wall St., Suite 500
Spokane, WA 99201-0824
(509) 838-4261 * FAX (509) 838-4906